FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Middle East Forum )
_____ )
*Plaintiff* )
)
v. ) Civil Action No. 17-767   RCL
U.S. Department of Homeland Security )
_____ )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)*

    Department of Homeland Security
    245 Murray Lane SW
    Mail Stop 0485
    Washington DC 20528

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Matthew D. Hardin
    314 W Grace St., Ste. 308
    Richmond, VA 23220

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:  4/28/2017                                   /s/ Michael Darby
_____                           _____
                                          *Signature of Clerk or Deputy Clerk*

FOIA Summons
1/13

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Middle East Forum <br> *Plaintiff* <br><br> v. <br><br> U.S. Department of Homeland Security <br> *Defendant* | ) ) ) ) ) ) ) )  Civil Action No. 17-767   RCL |

### SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)* United States Attorney
Civil Process Clerk
555 4th Street NW
Washington DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Matthew D. Hardin
314 West Grace Street, Suite 308
Richmond, VA 23220

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 4/28/2017

/s/ Michael Darby

*Signature of Clerk or Deputy Clerk*

FOIA Summons
1/13

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Middle East Forum | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No. 17-767   RCL |
| U.S. Department of Homeland Security | ) |
| | ) |
| *Defendant* | ) |

### SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)* Jeff Sessions
U.S. Attorney General
950 Pennsylvania Avenue NW
Washington DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Matthew D. Hardin
314 West Grace Street, Suite 308
Richmond VA 23220

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:   4/28/2017

/s/ Michael Darby

*Signature of Clerk or Deputy Clerk*